IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Deborah Unruh,** | * | |
|    Plaintiff | * | |
| vs. | * | Case No.: 1:22-cv-01810-JMC |
| **M.D. David Nizza, et al.,** | * | |
|    Defendants | * | |

### MEMORANDUM AND ORDER GRANTING ECF. No. 36

This is a medical malpractice case where Plaintiff, Deborah Unruh, alleges that Defendant, David Nizza, M.D., was negligent in failing to detect a fracture of her left foot in his review of an x-ray. In preparation for trial, Plaintiff filed a motion *in limine* to "Preclude Any Reference, Testimony or Evidence of Plaintiff's Unrelated Workers Compensation Claims." (ECF No. 36). Defendant has responded. (ECF No. 37). The Court finds that no hearing is necessary, and will GRANT the motion, as detailed below.

Plaintiff indicates that she has three prior workers compensation claims involving injuries unrelated to the present alleged injury to her left foot. Although she acknowledges that her underlying medical history (including those injuries) may be relevant to the case, she specifically seeks to exclude any discussion or evidence of the three workers compensation claims themselves. In support, she argues that those claims are not relevant and, even if tangentially relevant, are unfairly prejudicial in that a juror might conclude that Plaintiff is overly litigious. (ECF No. 36 at 2-3).

For his part, Defendant indicates no present intention to mention the workers compensation claims themselves but does not want to be precluded from discussing the injuries underlying those claims, as it is relevant to Plaintiff's noneconomic claims.  (ECF No. 37 at 2).

After considering the parties' respective positions, the Court will grant Plaintiff's motion as to the workers compensation cases themselves, but this will not preclude Defendant from discussing the injuries underlying those claims to the extent it is relevant to Plaintiff's noneconomic claims.

With that explanation, Plaintiff's motion (ECF No. 36) is GRANTED.

 9/5/2024
Date

J. Mark Coulson
United States Magistrate Judge